

20011 Plymouth Road, Ste. 202

Detroit, MI 48238

(313)585-0495 (mobile)

revrolivesclc@gmail.com

Honorable John A. Gibney, Jr.

Senior United States District Judge

c/o Joseph S. Camden

Assistant Federal Public Defender

Office of the Federal Public Defender

701 E. Broad Street, Suite 3600

Richmond, Virginia 23219

RE: ROSCOE CLEVELAND COPELAND

Your Honorable John A. Gibney Jr.,

    My name is Pastor Robert Olive, and I am President of the Southern Christian Leadership Conference-Detroit chapter. I am writing on behalf of Mr. Copeland about how we met and his character. I have known Mr. Copeland for more than four years. I served as Co-Pastor for the Church of the Messiah in Detroit alongside Pastor Barry Randolph for five years. At that time, Pastor Randolph and I met Mr. Copeland at one of the community events we hosted. From that event, whenever Mr. Copeland was called upon, he always showed initiative, came to serve, and had energy, knowledge, and resources. If we needed additional resources, Mr. Copeland would use his connections throughout the Midwest to help us reach our goals. He was a part of many of our accomplishments in a neighborhood we renamed Island View. Island View was created and built by the Church of the Messiah and is a hub for resident-owned businesses. Island View is also a part of the many properties, land, and internet networks that provide free access to Church of the Messiah's low-income residents.

    Mr. Copeland attended all our community events, and he began to plan one of his own in his former neighborhood, Van Dyke and Harper, in Detroit. We partnered and hosted a Mother's Day event, and Mr. Copeland successfully organized truckloads of appliances, furniture, and toys for families in his neighborhood. Mr. Copeland took the initiative to see that every mother received their roses and that there were enough men to carry the mother's donations to their vehicles once the event was over. He borrowed a few moving vans to deliver appliances and furniture to families. Community members expressed their gratitude and wanted to meet the organizer of such a huge event. Mr. Copeland did not want to take the credit and praised those who came out to help. We crossed paths again through Righteous Sons NPO, where I served as Executive Director. Whenever I needed an extra hand, he made himself available. I appointed him as director of our financial literacy department because of his vast knowledge of finances. I knew that he would excel

because he is passionate about giving back to the community. Mr. Copeland has never asked for a salary, a stipend, or any form of payment.

      He confided in me about his company being misused by someone he trusted and his deep regret in introducing his clients to those individuals. Mr. Copeland was dedicated and had started establishing a process to refund those clients before he was indicted. He has not expressed how hurt he is that this happened because that's just who he is, but he tried to rectify the situation. He moved his partner from a trailer to an apartment and paid her and her assistant a salary, and their statements are being used to aid in his prosecution. Mr. Copeland leased office space in downtown Detroit for his business and paid for his team to attend various functions, believing that his idea was working and they were getting funded. He exhausted his assets trying to keep his business afloat, causing him to lose his first place of residence due to late payments. I believe the individuals he trusted took advantage of him and caused him to lose everything. I pray that he receives a lenient sentence so that he may continue to do the great work he has done in the community and our organization.

Respectfully Yours,

*Pastor Robert O. Olive*

Pastor Robert Olive

President-Southern Christian Leadership Conference-Detroit