**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:22-cr-152 |
| ) | |
| ROSCOE CLEVELAND COPELAND, ) | |
| ) | |
| *Defendant*.  ) | |

## MOTION FOR ADDITIONAL ONE-LEVEL REDUCTION FOR TIMELY ACCEPTANCE OF RESPONSIBILITY

COMES NOW, the United States of America, by and through counsel and moves this Court to reduce the defendant's Total Offense Level by one additional level for acceptance of responsibility. The defendant timely informed the United States of his intention to plead guilty, permitting the Government to avoid the needless expenditure of resources associated with preparation for trial. Accordingly, the United States moves the Court to award the defendant a third one-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:   /s/   Brian R. Hood
Pennsylvania Bar No. 74635
Assistant United States Attorney and
Senior Litigation Counsel
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: brian.hood@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **February 6, 2024**, this pleading was filed through the Electronic Case File (ECF) system, which will provide service to all counsel of record.

        Respectfully submitted,

        JESSICA D. ABER
        UNITED STATES ATTORNEY

By:   /s/  Brian R. Hood
        Pennsylvania Bar No. 74635
        Assistant United States Attorney and
        Senior Litigation Counsel
        United States Attorney's Office
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Telephone: (804) 819-5400
        Facsimile: (804) 771-2316
        Email: brian.hood@usdoj.gov